FILED
AUGUST 9, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case: 1:10-cv-04308 Document #: 7 Filed: 08/09/10 Page 1 of 14 PageID #:25

RECEIVED
JUL 1 2 2010
7-12-10
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Belinda Jackson

(Name of the plaintiff or plaintiffs)

v.

City of Chicago Office of Emergency management + Communication Maureen Cooney

(Name of the defendant or defendants)

CIVIL ACTION

NO. 1:10-cv-04308
Judge William J. Hibbler
Magistrate Judge Young B. Kim

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Belinda Jackson__ of the county of __Cook__ in the state of __Ill__.
3. The defendant is __City of Chicago Office + Emergency management Maureen Cooney__ whose street address is _____,
(city) __Chicago__ (county) __Cook__ (state) __Ill__ (ZIP)_____
(Defendant's telephone number) (___) - _____

II The plaintiff sought employment or was employed by the defendant at (street address) __1718 S State Street__ (city) __Chicago__ (county) __Cook__ (state) __Ill__ (ZIP code) __60616__

5. The plaintiff [*check one box*]
   (a) ☐ was denied employment by the defendant.
   (b) ☒ was hired and is still employed by the defendant.
   (c) ☐ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __April__, (day)_____, (year) __2007__.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

☐ has not ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about
(month)_____ (day)_____ (year)_____.

(ii) ☒ the Illinois Department of Human Rights, on or about
(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) _April_ (day)_____ (year) _2007_

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month) _April 2010_
(day) _____ (year) _____ .   _May 2010_

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,

    ☒ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

    ☒ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) April (day) 16 (year) 2010 a copy of which *Notice* is attached to this complaint. may 27

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☒ Age (Age Discrimination Employment Act).
   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

   (a) ☐ failed to hire the plaintiff.
   (b) ☐ terminated the plaintiff's employment.
   (c) ☐ failed to promote the plaintiff.
   (d) ☐ failed to reasonably accommodate the plaintiff's religion.
   (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☒ failed to stop harassment;
   (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
   (h) ☐ other (specify):_____

   _____
   _____
   _____
   _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Because of write ups I have recived And others of a different Race was not with numerous of complinates oppose to my cowokers and flase police reports Against me.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): Removed Charges off work record give time Loss back.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Belinda Jackson_
Plaintiff's signature

_Belinda Jackson_
Plaintiff's name

Plaintiff's street address  6444 S Washtenaw Ave

City Chicago  State Ill  ZIP 60629

Plaintiff's telephone number 773 401-6660 cell  773 776-4355 home

Date: 8 July 2010

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Belinda Jackson<br>6444 S Washtenaw<br>Chicago, IL 60629 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0018 8818 4264

[ ]    On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-02653 | Armernola P. Smith,<br>State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe/mjh*      04-16-2010

John P. Rowe,<br>District Director      *(Date Mailed)*

Enclosures(s)

cc:    **CITY OF CHICAGO EMERGENCY**<br>       120 N Racine<br>       Chicago, IL 60607

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#08W0919.03

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2008CF0648 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

**NAME** (indicate Mr. Ms. Mrs.): Belinda Jackson

**HOME TELEPHONE** (include area code): (773) 776-4355

**STREET ADDRESS**: 6444 S. Washtenaw

**CITY, STATE AND ZIP CODE**: Chicago, IL 60629

**DATE OF BIRTH**: / /

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

**NAME**: City of Chicago Office of Emergency Management & Communications

**NUMBER OF EMPLOYEES, MEMBERS**: 15+

**TELEPHONE** (include area code): (312) 743-7388

**STREET ADDRESS**: 120 N. Racine

**CITY, STATE AND ZIP CODE**: Chicago, IL 60607

**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON**: RETALIATION

**DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL)**: 09/19/07

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (if additional space is needed attach extra sheets)

I. A. **ISSUE/BASIS**

WRITTEN WARNING – AUGUST 2007, IN RETALIATION FOR FILING CHARGE NUMBERS 2006CF3076 AND 2007CF3050 WITH THE DEPARTMENT OF HUMAN RIGHTS BASED ON RACE AND PHYSICAL HANDICAP DISCRIMINATION

B. **PRIMA FACIE ALLEGATIONS**

1. On October 10, 2006, I engaged in a protected activity when I filed discrimination charge #2006CF3076. On May 21, 2007, I engaged in a protected activity again when I filed charge #2007CF3050, with the State of Illinois Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race and my physical handicap.

Continued...

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 2007

_____
NOTARY SIGNATURE

OFFICIAL SEAL
KRYSTAL ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/16/10

NOTARY SEAL

X _____
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

Complainant: Belinda Jackson
Charge Number: 2008CF0648
Page 2.

2. In August 2007, Cooney issued me a written warning for allegedly not allowing Sherrie Yersich, Traffic Control Aide, out of the radio room on May 21, 2007. This allegation is not true.

3. The adverse action followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

II. A. ISSUE/BASIS

HARASSMENT – MAY 22, 2007, TO SEPTEMBER 19, 2007, IN RETALIATION FOR FILING CHARGE NUMBERS 2006CF3076 AND 2007CF3050 WITH THE DEPARTMENT OF HUMAN RIGHTS BASED ON RACE AND PHYSICAL HANDICAP DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. On October 10, 2006, I engaged in a protected activity when I filed discrimination charge #2006CF3076. On May 21, 2007, I engaged in a protected activity again when I filed charge #2007CF3050, with the State of Illinois Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race and my physical handicap.

2. Although I filed discrimination charges against Respondent naming Naureen Cooney, Acting Superintendent, as the harasser Cooney continues to harassment me in the workplace.

   a. In August 2007, Cooney accused me of holding Sherrie Yersich in the radio room against her will.

   b. Since May 22, 2007 and continuing, UNTIL September 19, 2007, Cooney has other supervisors and employees to inform her through their daily reports what my day-to-day work habits are. Cooney has also tried to get other supervisors to write me up.

   c. On September 19, 2007, Cooney accused me of giving a traffic aide the wrong radio on September 17, 2007. Cooney told me I was incompetent or either did not care about my job. Cooney then requested that I use a new sheet that she created.

3. The harassment followed my protected activity within such a period of time as to raise an inference of retaliatory motivation. The harassment also creates a hostile and intimidating work environment for me and interferes with my ability to perform the essential functions of my job.

MEE/

EEOC Form 161 (11/09)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Belinda Jackson**
6444 S Washtenaw
Chicago, IL 60629

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

CERTIFIED MAIL 7010 0290 0003 3520 7560

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2008-01687 | Armernola P. Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe/mjh*      2010-05-27

Enclosures(s)      John P. Rowe, District Director      *(Date Mailed)*

cc: CITY OF CHICAGO EMERGENCY
120 N Racine
Chicago, IL 60607

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHARGE NO. 2008CF2829 |
| | ) | EEOC NO. 21BA81687 |
| BELINDA JACKSON, | ) | |
| | ) | |
| COMPLAINANT, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| CITY OF CHICAGO OFFICE OF EMERGENCY | ) | |
| MANAGEMENT & COMMUNICATIONS, | ) | |
| | ) | |
| RESPONDENT. | ) | |

## NOTICE OF DISMISSAL
## FOR LACK OF SUBSTANTIAL EVIDENCE

Ms. Belinda Jackson
6444 South Washtenaw
Chicago, IL 60629

Ms. Mary Ernesti, Esq.
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1040
Chicago, IL 60602

DATE OF DISMISSAL: September 24, 2009

1.   YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation report, the DEPARTMENT OF HUMAN RIGHTS (DHR) has determined that there is NOT substantial evidence to support the allegations of the charge(s). Accordingly, pursuant to Section 7A-102(D) of the Human Rights Act (775 ILCS 5/1-101 et. seq.) and its Rules and Regulations (56 Ill. Adm. Code. Chapter II, Section 2520.560), the charge is HEREBY DISMISSED.

2.   If Complainant disagrees with this action, Complainant may:

   a) seek review of this dismissal before the Illinois Human Rights Commission, 100 West Randolph Street, Suite 5-100, Chicago, Illinois, 60601, by filing a "Request for Review" with the Commission, by the Request for Review filing date below. Respondent will be notified by the Human Rights Commission if a Request for Review is filed.

   REQUEST FOR REVIEW FILING DEADLINE DATE:   October 28, 2009

   Or,

   b) commence a civil action in the appropriate state circuit court within ninety (90) days after receipt of this Notice. A complaint should be filed in the circuit court in the county where the civil rights violation was allegedly committed.

**Please note that the Department cannot provide any legal advice or assistance. Please contact legal counsel, your city clerk, or your county clerk with any questions.**

(continued on page two)

**NOTICE OF DISMISSAL FOR LACK OF SUBSTANTIAL EVIDENCE**
Charge Number: 2008CF2829
Page Two

3. Complainant is hereby notified that the charge(s) will be dismissed with prejudice and with no right to further proceed if a timely request for review is not filed with the Commission, or a written complaint with the appropriate circuit court.

4. If an EEOC charge number is cited above, this charge was also filed with the Equal Employment Opportunity Commission (EEOC). If this charge alleges a violation under Title VII of the Civil Rights Act of 1964, as amended, or the Age Discrimination in Employment Act of 1967, Complainant has the right to request EEOC to perform a Substantial Weight Review of this dismissal. Please note that in order to receive such a review, it must be requested in writing to EEOC within fifteen (15) days of the receipt of this notice, or if a request for review is filed with the Human Rights Commission, within fifteen days of the Human Rights Commission's final order. Any request filed prior to your receipt of a final notice WILL NOT BE HONORED. Send your request for a Substantial Weight Review to EEOC, 500 West Madison Street, Suite 2000, Chicago, Illinois 60661. Otherwise, EEOC will generally adopt the Department of Human Rights' action in this case.

PLEASE NOTE: BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT. IF AN APPPOINTMENT IS REQUIRED, CALL 312-353-2713 OR 1-800-669-4000.

DEPARTMENT OF HUMAN RIGHTS

HB1509/NOD/LSE
9/07

| CHARGE OF DISCRIMINATION | AGEN | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. #08W0401.08 | ☒ IDHR ☐ EEOC | 2008CF2829 |

Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) Belinda Jackson | HOME TELEPHONE (include area code) (773) 776-4355 | |
|---|---|---|
| STREET 6444 S. Washtenaw | CITY, STATE AND ZIP CODE Chicago, Illinois 60629 | DATE OF BIRTH // |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME City of Chicago Office of Emergency Management & Communications | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) (312) 743-7388 |
|---|---|---|
| STREET ADDRESS 120 N Racine | CITY, STATE AND ZIP CODE Chicago, Illinois 60607 | COUNTY Cook |

| CAUSE OF DISCRIMINATION BASED ON: Race Retaliation Disability | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) // 2/13/08 ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I. A. ISSUE/BASIS

SUSPENSION – DECEMBAER 13, 2007, BECAUSE OF MY RACE, BLACK

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My job performance meets Respondent's legitimate expectations. I was hired on May 21, 1990.

3. On December 13, 2007, I was suspended. The reasons given for the adverse action were insubordinate actions and violation of unit policies.

4. Similarly situated non-black employees who behavior is comparable to mine were not disciplined.

Continued...

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _10_ DAY OF _April_, 2008

NOTARY SIGNATURE

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 9/21/09
Notary Seal

SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

Complainant: Belinda Jackson
Charge Number: 2008CF2829
Page 2

II. A. ISSUE/BASIS

SUSPENSION – DECEMBER 13, 2007, BECAUSE OF MY DISABILITY LEFT KNEE DISORDER

B. PRIMA FACIE ALLEGATIONS
1. I am an individual with a disability as defined by the Illinois Human Rights Act.

2. Respondent is aware of disability.

3. My job performance meets Respondent's legitimate expectations. I was hired on May 21, 1990.

4. On December 13, 2007, I was suspended. The reasons given for the adverse action were insubordinate actions and violation of unit policies.

5. My disability is unrelated to my ability to perform the essential functions of my job.

III. A. ISSUE/BASIS

SUSPENSION – DECEMBER 13, 2007, IN RETALIATION FOR FILING CHARGES ALLEGING RACE, DISABILITY AND RETALIATION DISCRIMINATION AGAINST RESPONDENT WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

B. PRIMA FACIE ALLEGATIONS
1. On October 10, 2006, I engaged in a protected activity when I filed charges#2006CF3076, on May 21, 2007, charge #2007CF3050 and on September 20, 2007, charge #2008CF0648, alleging race, disability and retaliation discrimination against Respondent with the Illinois Department of Human Rights.

2. My job performance meets Respondent's legitimate expectations. I was hired on May 21, 1990.

3. On December 13, 2007, I was suspended. The reasons given for the adverse action were insubordinate actions and violation of unit policies.

4. The suspension followed my having engaged in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

Continued...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Case No.

V.

**Defendant(s)**

## AMENDED COMPLAINT